**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JOHN R. MAJOR, JR.,<br><br>Petitioner,<br><br>v.<br><br>ROBERT GILMORE, *Superintendent of SCI-Greene*; THE DISTRICT ATTORNEY OF ALLEGHENY COUNTY; *and* THE ATTORNEY GENERAL OF THE STATE OF PENNSYLVANIA,<br><br>Respondents. | ) | Civil Action No. 19-1296<br><br>District Judge Mark R. Hornak<br>Magistrate Judge Maureen P. Kelly<br><br>Re: ECF No. 7 |

**REPORT AND RECOMMENDATION**

## I. RECOMMENDATION

For the reasons that follow, it is respectfully recommended that this case be dismissed as moot due to Petitioner's death. Likewise, to the extent that one applies, a certificate of appealability should be denied.

## II. REPORT

John R. Major, Jr., ("Petitioner"), had sent to the Court for filing a Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus By a Person in State Custody (the "Petition"). The Petition was formally filed after he paid the filing fee. ECF No. 7. Petitioner challenged his convictions for, *inter alia,* Involuntary Deviate Sexual Intercourse with his adopted daughter who was under the age of 16 at the time of the abuse.

The Court entered a stay of these proceedings because Petitioner had a pending PCRA petition that was being treated as his first PCRA petition. See ECF No. 28 (order granting stay and explaining the procedural history of the case, both state and federal history). The Order entering the stay specifically provided that the "parties are ordered to notify this Court no later

than 45 days after Petitioner has completely exhausted his state court remedies at which time the case can be reopened, and the stay lifted." Id. at 5.

In the time since this case was stayed, Petitioner never notified this Court of the exhaustion of his state court remedies.

On May 2, 2024, Petitioner filed a federal civil rights lawsuit at Major v. PA Department of Corrections, No. 24-664. That case was not assigned to the undersigned, and instead proceeded before a different United States Magistrate Judge and United States District Judge. Counsel for Defendants in that case did not represent Respondents in the present matter.

On August 5, 2025, a Defendant to No. 24-664 filed a Notice of Suggestion of Death for Petitioner. No. 24-664, ECF No. 42. A copy of the death certificate was also provided. No. 24-664, ECF No. 42-1. (A copy of the Notice and death certificate are attached to this Report.) That lawsuit ultimately was dismissed as moot on January 6, 2026. No. 24-664, ECF No. 50.

It is well-established that the death of the Petitioner moots a federal habeas petition pursuant to 28 U.S.C. 2254. Keitel v. Mazurkiewicz, 729 F.3d 278, 280 (3d Cir. 2013) (collecting cases).

In light of Petitioner's death, which is apparent from the public record, this case should be dismissed as moot.

To the extent that one applies, a certificate of appealability should be denied, as jurists of reason would not debate that this Court was correct in its procedural ruling. Slack v. McDaniel, 529 U.S. 473, 474 (2000).

## III. CONCLUSION

For the foregoing reasons, it is respectfully recommended that this case be dismissed as moot. To the extent that one is required, a certificate of appealability should be denied.

In accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and Local Rule 72.D.2, the parties are permitted to file written objections in accordance with the schedule established in the docket entry reflecting the filing of this Report and Recommendation. Objections are to be submitted to the Clerk of Court, United States District Court, 700 Grant Street, Room 3110, Pittsburgh, PA 15219. Failure to timely file objections will waive the right to appeal. Brightwell v. Lehman, 637 F.3d 187, 193 n. 7 (3d Cir. 2011). Any party opposing objections may file their response to the objections within fourteen (14) days thereafter in accordance with Local Civil Rule 72.D.2.

RESPECTFULLY SUBMITTED,

Date: July 30, 2026

Maureen P. Kelly

MAUREEN P. KELLY
UNITED STATES MAGISTRATE JUDGE

cc: The Honorable Mark R. Hornak
United States District Judge

JOHN R. MAJOR, JR.
KP2470
SCI-Greene
175 Progress Drive
Waynesburg, PA 15370

All counsel of record via CM-ECF